IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| DALE BOONE,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security<br><br>    Defendant. | Civil No. 2:25-cv-00025-JTJ<br><br><br>ORDER |

The Commissioner's final decision is REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge (ALJ). The ALJ will further develop the record, as appropriate, and issue a new decision. The ALJ will reevaluate the evidence, especially the medical opinions and prior administrative medical findings, and reevaluate the step-five finding, as necessary. Remand is made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff will be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court. Plaintiff will be entitled to costs as enumerated in 28 U.S.C. § 1920, under 28 U.S.C. § 2412(a). Judgment shall be entered for Plaintiff.

IT IS SO ORDERED this 29th day of August 2025.

John Johnston
United States Magistrate Judge